Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Telephone: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant, RODNEY EDWIN MOON

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13CR00362 AWI/BAM |
| --- | --- | --- |
| | ) | (006) |
| Petitioner, | ) | |
| | ) | WAIVER OF APPEARANCE |
| | ) | AND REQUEST FOR ORDER |
| | ) | AUTHORIZING WAIVER OF |
| | ) | APPEARANCE; ORDER |
| RODNEY EDWIN MOON, | ) | |
| | ) | Date: 07/01/2014 |
| Defendant. | ) | Time: 1:00 p.m. |
| _____ | ) | Dept: BAM |

TO THE HONORABLE BARBARA A. MCAULIFFE:

Defendant RODNEY EDWIN MOON hereby waives his right to be present in person for the status hearing currently set for July 1, 2014 at 1:00 p.m. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at the hearing by the presence of his attorney Steven L. Crawford. This request is based upon the fact that Mr. Moon currently

resides in Boyd, TX, and is currently on a limited fixed income in that he is retired. Mr. Moon has been and continued to be in contact with my office and is not a flight risk or danger to society.  In addition, it is a financial hardship for Mr. Moon to make the trip from Texas to California. (See attached declaration of counsel)

Dated: June 19, 2014

                         Respectfully submitted,

                         /S/ Steven L. Crawford
                         Steven L. Crawford
                         Attorney for Rodney Moon

DECLARATION OF COUNSEL IN SUPPORT OF WAIVER OF APPEARANCE

I, STEVEN L. CRAWFORD, do hereby declare under penalty of perjury as follows:

1. That I was appointed to represent Defendant Rodney Moon on October 29, 2013:

2. Mr. Moon and I have had conversations on the telephone;

3. That Mr. Moon has been responsive to my phone calls and requests for information without delay;

4. That due to the hardship financially, Mr. Moon asked that he be permitted to have me as his counsel appear for him *in absentia*.

Executed this 19th day of June, 2014 in Grover Beach, California.

             /S/ Steven L. Crawford
            STEVEN L. CRAWFORD

ORDER

Waiver is granted as to Rodney Moon for the status conference set for July 1, 2014.

IT IS SO ORDERED.

Dated: **June 23, 2014**            /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE