```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
GALENE BOLANOS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA     |
                             |
        Plaintiff,           |   Case No. 13 CR 362 AWI/BAM
vs.                          |
                             |   STIPULATION AND
GAYLENE BOLANOS,             |   ORDER TO ADVANCE HEARING
                             |
        Defendant.           |
_____|
```

Defendant GALYENE BOLANOS by and through her attorney James R. Homola, and the united States of America, by and through its attorney, Grant Rabenn, Assistant U.S. Attorney, hereby stipulate to the following joint request: That a status conference be scheduled for July 27, 2015 before Magistrate-Judge McAuliffe

DATED: July 15, 2015

```
    /s/ James R. Homola              /S/ Grant Rabenn
    JAMES R. HOMOLA                  GRANT RABENN
    Attorney for Defendant           Assistant U.S. Attorney
    GAYLENE BOLANOS

    /s/ Dale Blickenstaff            /S/ Peter Michael Jones
    DALE BLICKENSTAFF                PETER MICHAEL JONES
    Attorney for Defendant           Attorney for Defendant
    JAMES K. SCHWARTZ                LOUIE CALLES

    /s/ Steven Leon Crawford         /S/ Eric Vincent Kersten
    STEVEN LEON CRAWFORD             ERIC VINCENT KERSTEN
    Attorney for Defendant           Attorney for Defendant
    RODNEY E. MOON                   LADONNA LEE MOON
```

```
/s/ Harry M. Drandell                /S/ Barbara Hope O'Neill
HARRY M. DRANDELL                    BARBARA HOPE O'NEILL
Attorney for Defendant               Attorney for Defendant
CHARLES W. UPTERGROVE                LEROY D. COMBS

/s/ Richard A. Beshwaite, Jr
RICHARD A. BESHWAITE, JR
Attorney for Defendant
OSWALD GEORGNER
```

**ORDER**

**IT IS SO ORDERED that a 6th Status Conference for all defendants is set for July 27, 2015 at 1:00PM before Judge McAuliffe.**

IT IS SO ORDERED.

Dated: __**July 15, 2015**__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE