

FILED
OCT 28 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RE:<br><br>IN THE MATTER OF JURY FEES | Case No. 1:13-CR-00362-AWI-BAM<br><br>USA V BOLANOS, ET AL. |

Pursuant to Title 28, United States Code, Section 1871(b)(2) a petit juror required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the attendance fee, for each day in excess of ten (10) days on which he is required to hear such case.

The jury trial in the above captioned case is currently in its sixth day, and is anticipated to take 15 days to complete.

IT IS HEREBY ORDERED that the jurors in the above entitled case be paid the $50.00 per day attendance fee for their service.

IT IS SO ORDERED.

Dated: __October 28, 2015__            _[signature]_
                                   SENIOR DISTRICT JUDGE

1