PHILLIP B. TALBERT
Acting United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

JUN 13 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00362- AWI |
|---|---|
| Plaintiff, | **MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT RODNEY MOON** |
| v. | |
| RODNEY MOON, | |
| Defendant. | |

The United States of America, appearing herein by and through the undersigned counsel, Grant B. Rabenn, Assistant United States Attorney, hereby moves this Court, pursuant to Fed. R. Crim. Proc. 48, to dismiss the indictment as to above-named defendant only in the interest of justice.

Dated: June 9, 2016

Respectfully Submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By:/s/ *Grant B. Rabenn*
GRANT B. RABENN

///

///

///

///

## ORDER

Upon motion of the government, the indictment as to the above-named individual only shall be dismissed in the interest of justice, pursuant to Fed. R. Crim. Proc. 48. The clerk of the court is directed to close this case as to the above-named individual.

IT IS SO ORDERED

Dated: June 13, 2016

HONORABLE ANTHONY W. ISHII
U.S. District Judge